818

YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLIFFORD LANG v. CELIA LANG.— Motion for leave to appeal to the Court of Appeals and for a stay denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS KASS v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

S. BLECHMAN & SONS, INC., v. ARTHUR OSMAN, as President, or MAX PERLMUTTER, as Treasurer, of THE WHOLESALE DRY GOODS WORKERS UNION, Also Known as WHOLESALE DRY GOODS EMPLOYEES UNION, FEDERAL LOCAL 19932 A. F. of L.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

STARRETT BROTHERS and EKEN, INCORPORATED, v. FINKELSTEIN & TUNICK INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

YERVANT BAJAKIAN v. ST. NICHAN REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, etc., v. 7 EAST 44TH ST. CORP. In the Matter of the Application of STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, etc., and by CITY BANK FARMERS TRUST COMPANY and Another, as Trustees, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN FUR MANUFACTURERS ASSOCIATION, INC., and Others v. ASSOCIATED FUR COAT & TRIMMING MANUFACTURERS, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK, Surviving Trustee, and CARRIE DALSIMER, as Sole Executrix, etc., of NATHAN S. DALSIMER, Deceased, Cotrustee, etc., of ZETTIE DALSIMER, Deceased. GUARANTY TRUST COMPANY OF NEW YORK, CARRIE THALHEIMER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HERMINE GERSCHON and ALVIN GERSCHON, Two Infants, by FANNY SPIRO, Their Guardian ad Litem, v. THE TRAVELERS INSURANCE COMPANY. ALVIN GERSCHON. CHARLES A. BUCKLEY. A. A. BERLE, JR., Chamberlain of the City of New York.— Motion by Charles A. Buckley for leave to appeal to the Court of Appeals granted. [See ante, p. 281.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMINE GERSCHON and ALVIN GERSCHON, Two Infants, by FANNY SPIRO, Their Guardian ad Litem, v. THE TRAVELERS INSURANCE COMPANY. ALVIN GERSCHON. CHARLES A. BUCKLEY. A. A. BERLE, JR., Chamberlain of the

City of New York.— Motion by the chamberlain of the city of New York for leave to appeal to the Court of Appeals granted. [See *ante*, p. 281.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

George H. Brick and Another v. Cohn-Hall-Marx Co.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 300.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Yacht Club Catering, Inc., for a Certiorari Order against Henry E. Bruckman and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 702; Id. 715.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (June 22, 1937.)

A. M. Andrews Investment Corporation, Respondent, v. Trans-Lux Daylight Picture Screen Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Callahan, JJ., dissent and vote to reverse and deny the motion.

In the Matter of the Application of Sound Realty Company, Respondent, v. George P. Nicholson, as Corporation Counsel of the City of New York, Appellant. Paul Windels, as Corporation Counsel of the City of New York, Appellant; Sound Realty Company, Respondent. In the Matter of the Application of Isaac Lefkowitz, Respondent, v. George P. Nicholson, as Corporation Counsel of the City of New York, Appellant. Paul Windels, as Corporation Counsel of the City of New York, Appellant; Isaac Lefkowitz, Respondent.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Glennon, Dore, Cohn and Callahan, JJ.

Morgan A. Jones, Respondent, v. Cora Lee Maloney, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Hyman Moss, Respondent, v. Metropolitan Life Insurance Co. and Riviera Realty Corp., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Felix DeSantis, Appellant, v. Samuel B. Burk, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Rose Albohn and Walter Albohn, Respondents, v. The Lawyers Mortgage Company in Rehabilitation, Appellant, Impleaded with Another.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of Guardian Casualty Company, Respondent. Claim of Charles Gross, Claim No. PI & PD 174-G, and Claim of Anthony Romanelli, Claim